USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
D: 8/15/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Rashid A. Weston
               **Plaintiff,**

-v-

City of Middletown, Middletown P.O. et al.

               **Defendants.**

Case No. 08-CV-6584 (RJS)

TRANSFER ORDER TO THE SDNY
DISTRICT COURT LOCATED IN
WHITE PLAINS, NEW YORK
ECF

RICHARD J. SULLIVAN, District Judge:

    Because the claims in the above-captioned case arose in whole or in major part in Middletown, New York, in Orange County, and because the plaintiff is a resident of Orange County, New York.

    The Clerk of the Court is hereby directed to transfer and reassign the above-captioned case to the United States District Court in White Plains, New York, pursuant to Rule 21(a)(i) of the Rules for the Division of Business Among District Judges in the Southern District of New York.

Dated: August 15, 2008
New York, New York

RICHARD J. SULLIVAN
UNITED STATES DISTRICT JUDGE